AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Emmerich Newspapers, Incorporated

*Plaintiff(s)*

v.

Particle Media, Inc. d/b/a Newsbreak

*Defendant(s)*

Civil Action No. 3:23 cv 391 TSL MTP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Particle Media, Inc. d/b/a Newsbreak
2350 Mission College Boulevard
Santa Clara, California 95054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wilson H. Carroll
Wilson Carroll, PLLC
2506 Cherry Street
Vicksburg, Mississippi 39180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

*CLERK OF COURT*

Date: JUN 20 2023

E. Moser

*Signature of Clerk or Deputy Clerk*